IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN L. HAMILTON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-4777 |
| | : | |
| GENESIS HEALTHCARE CORP. et al., | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 6th day of February, 2018, upon consideration of the Defendants' Partial Motion to Dismiss (Doc. No. 12) and the Plaintiff's Motion for Order (Doc. No. 16), it is **HEREBY ORDERED** that:

1. The Defendants' Partial Motion to Dismiss (Doc. No. 12) is **GRANTED**.

2. Any and all claims against Tracy Fegley, Ginnie L.K. Rudisill, Ramy Shashin, Margaret McGill, Phyllis McCaine, and Jennifer Murphy are **DISMISSED**.

3. The Plaintiff's Motion for Order (Doc. No. 16) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE